MGW X5408 16 Jan 08

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

FILED 08 JAN 16 AM 12:03 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>VS<br><br>Alobahi MOHAMMED<br>Defendant | ) | Case No. '08 MJ 0134<br><br>COMPLAINT FOR VIOLATION OF<br><br>18 U.S.C. Section 922 (g) (1)<br>Felon in Possession of a Firearm<br><br>21 U.S.C. Sections 952 & 960<br>Importation of a Controlled Substance |

The undersigned complainant being duly sworn states:

COUNT 1

That on or about January 8, 2008, within the Southern District of California, the Defendant Alobahi MOHAMMED, a convicted felon, did knowingly and willfully possess, in and affecting commerce a firearm, to wit: a Sears/ Roebuck 12 gauge shotgun; in violation of Title 18 United States Code 922 (g)(1).

COUNT 2

That on or about January 8, 2008, within the Southern District of California, Alobahi MOHAMMED, did knowingly and intentionally import 18 grams of Marijuana, a Schedule I Controlled Substance into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 & 960

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

Michael Cote, Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to before me and subscribed in my presence, this 16th day of January 2008.

United States Magistrate Judge

**STATEMENT OF FACTS**

I, Michael G. Cote, being duly sworn, hereby depose, and say:

I have been employed as a Special Agent (S/A) with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) since August 2001. Prior to my employment with ATF, I was a police officer with the city of San Diego for approximately 8 years. I have attended the Federal Law Enforcement Training Center in Glynco, Georgia, where I graduated from the Criminal Investigators' Training Program (CITP). Upon completing CITP, I attended the ATF National Academy where I received instruction in the recognition, identification and prosecution of federal firearms law violations. I graduated the San Diego Regional Police Academy in June 1994. During my tenure with ATF, I have been involved in numerous investigations involving federal firearms, arson, and explosive violations, as well as federal violations of contraband cigarette laws.

This affidavit is made in support of a criminal complaint and arrest warrant for Alobahi MOHAMMED ("MOHAMMED") for violations of Title 18, United States Code, Section 922 (g) (1), i.e., for unlawful possession a firearm/ammunition by a convicted felon and 21 U.S.C. Sections 952 & 960, Importation of a Controlled Substance

During the course of my duties, I have learned the following information based upon my discussions with the named witnesses or by having read the reports of or talked with other law enforcement officers who have spoken directly with the named witnesses. All references to date refer to this calendar year unless otherwise stated.

On January 10, 2008, I reviewed a copy of the San Diego Police Department ("SDPD") arrest report, #08010014937, regarding the arrest of MOHAMMED for State of California firearms violations that occurred on January 8,2008. The details provided below are based upon my review of SDPD Officer Chris GARCIA'S arrest report and reports written by Customs and Border Protection ("CBP") Officers Mark Becker, Kenneth Lawson, and Aton Williams.

On or about January 8, 2008, at approximately 1240 hours, MOHHAMED applied for admission to the United States from the Republic of Mexico, through the Otay Mesa Port of Entry as the driver (sole occupant) and registered owner of a 1992 Saturn, CA license plate number 5RYN261. MOHAMMED approached CBP Officer Mark Becker through primary inspection lane # 4. CBP Officer received a negative declaration from MOHAMMED.

Officer Becker performed a computer check on MOHAMMED'S name and date of birth and Officer Becker

received information that MOHAMMED may be "ARMED and DANGEROUS." Officer Becker detained MOHAMMED and sent the vehicle into secondary inspection.

CBP Canine Enforcement Officer Kenneth Lawson was requested to utilize his Narcotic Detector Dog "Henry" to screen the vehicle. Henry alerted to the odor of narcotics emanating from both the hood and trunk of the Saturn.

CBP Officer Williams searched under the hood in the exhaust hatch and recovered a sock concealing a plastic bag containing a green leafy substance, which tested positive for marijuana. The net weight of the marijuana was 18.4 grams.

CBP Officer continued searching the vehicle. In the trunk, he located a camouflage - carrying bag containing a Sears/ Roebuck 12 gauge shotgun, and 55 rounds of ammunition.

A criminal records check was preformed and it revealed that MOHAMMED had a felony conviction. CBP Officers turned MOHAMMED over to SDPD Officer Garcia, along with the shotgun, ammunition, and marijuana.

On January 14, 2008, I reviewed the criminal history and related court documents regarding MOHAMMED'S Montana criminal history. The documents revealed that on January 8, 2003, MOHAMMED plead guilty to Felony Driving Under the

Influence, in Montana Eighth Judicial District Court, Cascade County, CDC-97-011.

On January 14, 2008, I described the recovered firearm to ATF S/A Matt Beals, an interstate nexus expert. S/A Beals advised that the shotgun was manufactured in Connecticut. It is the opinion of S/A Beals that the firearm traveled in and affected interstate commerce by the nature of its presence in the State of California.

## CONCLUSION

Based on the aforementioned facts, I believe that there is probable cause to believe that Alobahi MOHAMMED has violated Title 18, United States Code, Section 922 (g) (1) and 21 U.S.C. Sections 952 & 960 Importation of a Controlled Substance.

MICHAEL G. COTE
Special Agent-ATF

Subscribed and sworn to before me this 16th day of January 2008.

NITA L. STORMES
U.S. Magistrate Judge