F1/2 1039328

AO 442

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 FEB 12 AM 11:06
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES OF AMERICA
V.
Alobahi MOHAMMED

## WARRANT FOR ARREST

CASE NUMBER: '08 MJ 0134

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Alobahi MOHAMMED

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition ☐ Pretrial Violation

RECEIVED
2007 JAN 16 P

charging him or her with (brief description of offense)

Felon in Possession of Firearm

DATE 2/6/08
ARRESTED BY ATF S/A M. Cote
STEVEN C. STAFFORD
ACTING U.S. MARSHAL, S/CA
BY [signature]

In violation of Title 18 United States Code, Section(s) 922(g)(1) and 924(a)(2)

Name of Issuing Officer

Title of Issuing Officer

NITA L. STORMES
U.S. MAGISTRATE JUDGE

Signature of Deputy

Date and Location San Diego CA

Bail fixed at $ To Be Determined At First Appearance by ~~The Honorable Louisa S. Porter~~

Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

CLASS II 'J' URATF 5212

AO 442

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
Alobahi MOHAMMED

WARRANT FOR ARREST

CASE NUMBER: '08 MJ 01 ...

FILED 2008 FEB 12 AM 11:06 CLERK US DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY DEPUTY

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Alobahi MOHAMMED

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition ☐ Pretrial Violation

charging him or her with (brief description of offense)

Felon in Possession of Firearm

RECEIVED 2008 FEB -8 A 10:21 U.S. MARSHAL SOUTHERN DISTRICT OF CAL.

In violation of Title 18 United States Code, Section(s) 922(g)(1) and 924(a)(2)

Name of Issuing Officer — NITA L. STORMES

Title of Issuing Officer — U.S. MAGISTRATE JUDGE

Signature of Deputy

Date and Location San Diego CA

Bail fixed at $ To Be Determined At First Appearance by ~~The Honorable Louisa S. Porter~~

Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _ | | |
| DATE RECEIVED 2/18/08 | NAME AND TITLE OF ARRESTING OFFICER Michael Cote Special Agent / ATF | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 2/6/08 | | |