Charles N. Guthrie (SBN 76644)
Attorney at Law
121 Broadway, # 531
San Diego, California 92101
Tel: 619-230-8598
Attorney for Defendant: Mohammed Alohabi

**UNITED STATES OF AMERICA**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | No. 08 MJ 0134 |
| Plaintiff, | ) | |
| v. | ) | DECLARATION SERVICE OF SENTENCE MEMORANDUM |
| MOHANNED ALOHABI | ) | |
| Defendant. | ) | |

**DECLARATION OF SERVICE:** My name is Charles N. Guthrie and I declare that on February 21, 2008, I filed by the electronic filing system the following documents:

EX-PARTE MOTION FOR PSYCHOLOGICAL EVALUATION OF DEFENDANT MOHAMMED ALOBAHI TO DETERMINE COMPETENCE AND MOTION FOR ORDER OF ENTRY INTO FEDERAL PRISON FOR PSYCHIATRIC EVALUATION PURSUANT TO TITLE 18 USC 4241; DECLARATION IN SUPPORT OF MOTION."

with the United States District Court of the Southern District of California and thereby electronically served AUSA Mark Conover, 880 Front Street, Rm. 6293, San Diego, California.

I declare/ certify the above true under penalty of perjury this February 21, 2008, executed in the City of San Diego, State of California.

S/Charles N. Guthrie
Charles N. Guthrie, Atty at Law