OK to file

FILED
MAY 2 2008
CLERK
SOUTHERN ... CALIFORNIA
BY

**U. S. Department of Justice**

Federal Bureau of Prisons

*Federal Correctional Complex*

*Federal Medical Center*
*P. O. Box 1600*
*Butner, NC 27509*
(919) 575-3900

April 17, 2008

The Honorable Ruben B. Brooks
4290 Edward J. Schwartz Federal Bldg.
880 Front Street
San Diego, CA 92101

RE: ALOBAHI, Mohammed
Register Number: 07140-298
Docket Number: 08MJ0134-rbb

Dear Judge Brooks:

The above-referenced individual was admitted to the Mental Health Unit of this facility on March 15, 2008, pursuant to the provisions of Title 18, United States Code, Section 4241(d).

Currently, the assigned Treatment Team members are conducting interviews and psychological testing with Mr. Alobahi, which are necessary to complete his evaluation. We have calculated the evaluation period to end on August 12, 2008. My staff will attempt to complete the evaluation as soon as possible and have a final report to the Court within 14 working days of the end date.

I thank you in advance for your assistance in this matter. If you are in need of additional information, please contact me.

Respectfully,

A. F. Beeler

A.F. Beeler, Complex Warden

cc: Frank Sheppard, Assistant United States Attorney
Charles Guthrie, Defense Attorney